

CIRCUIT COURT FOR CAROLINE COUNTY, MARYLAND
P. O. Box 458
109 Market St
Denton, Maryland 21629

To: FAMILY DOLLAR STORES OF MARYLAND, LLC
500 VOLVO PKWY
CHESAPEAKE, VA 23320

| | |
|---|---|
| Case Number: | C-05-CV-22-000074 |
| Other Reference Number(s): | |
| Child Support Enforcement Number: | |

TINAMARIE KEYES VS. FAMILY DOLLAR STORES INC., ET AL.

Issue Date: 7/11/2022

## WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 60 days after service of this summons upon you, in this court, to the attached complaint filed by:

TINAMARIE KEYES
13200 Greensboro Road, Lot 11
Greensboro, MD 21639

This summons is effective for service only if served within 60 days after the date it is issued.

*Terry B. Lord*
Terry B. Lord
Clerk of the Circuit Court

To the person summoned:
Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
Personal attendance in court on the day named is NOT required.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).



LEGAL
JUL 25 22

CC-CV-032 (Rev. 11/23/2020)        Page 1 of 2        07/11/2022 8:19 AM

**EXHIBIT A**



CIRCUIT COURT FOR CAROLINE MARYLAND
P. O. Box 458
109 Market St
Denton, Maryland 21629

**To:** FAMILY DOLLAR STORES OF MARYLAND, LLC
500 VOLVO PKWY
CHESAPEAKE, VA 23320

|  |  |
|---|---|
| Case Number: | C-05-CV-22-000074 |
| Other Reference Number(s): |  |
| Child Support Enforcement Number: |  |

**TINAMARIE KEYES VS. FAMILY DOLLAR STORES INC., ET AL.**

Issue Date: 7/11/2022

# WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 60 days after service of this summons upon you, in this court, to the attached complaint filed by:

TINAMARIE KEYES
13200 Greensboro Road, Lot 11
Greensboro, MD 21639

This summons is effective for service only if served within 60 days after the date it is issued.

*Terry B. Lord*
Terry B. Lord
Clerk of the Circuit Court

To the person summoned:
   Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
   Personal attendance in court on the day named is NOT required.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

IN THE CIRCUIT COURT FOR __Caroline__
(City or County)

## CIVIL – NON-DOMESTIC CASE INFORMATION SHEET

### DIRECTIONS

*Plaintiff:* This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a).
*Defendant:* You must file an Information Report as required by Rule 2-323(h).
***THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING***

**FORM FILED BY:** ☒ PLAINTIFF ☐ DEFENDANT         **CASE NUMBER** __C-05-CV-22-000074__
(Clerk to insert)
**CASE NAME:** __Tinamarie Keyes__                vs.    __Family Dollar Stores, Inc., et. al.__
**PARTY'S NAME:** __Tinamarie Keyes__ Plaintiff             PHONE: __302-359-2362__ Defendant
**PARTY'S ADDRESS:** __13200 Greensboro Road, Lot 11 Greensboro, MD 21639__
**PARTY'S E-MAIL:** __bellamarie8179@icloud.com__

**If represented by an attorney:**
**PARTY'S ATTTORNEY'S NAME:** __Joseph D. Stanley__         PHONE: __302-678-8700__
**PARTY'S ATTTORNEY'S ADDRESS:** __Schwartz and Schwartz, 1140 S. State St. Dover DE 19901__
**PARTY'S ATTTORNEY'S E-MAIL:** __joe.stanley@schwartzandschwartz.com__
**JURY DEMAND?** ☒ Yes ☐ No
**RELATED CASE PENDING?** ☐ Yes ☒ No  If yes, Case #(s), if known: _____
**ANTICIPATED LENGTH OF TRIAL?:** ____ hours __3__ days

### PLEADING TYPE
**New Case:**  ☒ Original      ☐ Administrative Appeal     ☐ Appeal
**Existing Case:** ☐ Post-Judgment     ☐ Amendment
*If filing in an existing case,* skip Case Category/ Subcategory section – go to Relief section.

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY (Check one box.)

**TORTS**
☐ Asbestos
☐ Assault and Battery
☐ Business and Commercial
☐ Conspiracy
☐ Conversion
☐ Defamation
☐ False Arrest/Imprisonment
☐ Fraud
☐ Lead Paint – DOB of Youngest Plt:____
☐ Loss of Consortium
☐ Malicious Prosecution
☐ Malpractice-Medical
☐ Malpractice-Professional
☐ Misrepresentation
☐ Motor Tort
☐ Negligence
☐ Nuisance
☒ Premises Liability
☐ Product Liability
☐ Specfic Performance
☐ Toxic Tort
☐ Trespass
☐ Wrongful Death

**CONTRACT**
☐ Asbestos
☐ Breach
☐ Business and Commercial
☐ Confessed Judgment (Cont'd)
☐ Construction
☐ Debt
☐ Fraud

☐ Government
☐ Insurance
☐ Product Liability

**PROPERTY**
☐ Adverse Possession
☐ Breach of Lease
☐ Detinue
☐ Distress/Distrain
☐ Ejectment
☐ Forcible Entry/Detainer
☐ Forclosure
  ☐ Commercial
  ☐ Residential
  ☐ Currency or Vehicle
  ☐ Deed of Trust
  ☐ Land Installments
  ☐ Lien
  ☐ Mortgage
  ☐ Right of Redemption
  ☐ Statement Condo
☐ Forfeiture of Property / Personal Item
☐ Fraudulent Conveyance
☐ Landord-Tenant
☐ Lis Pendens
☐ Mechanic's Lien
☐ Ownership
☐ Partition/Sale in Lieu
☐ Quiet Title
☐ Rent Escrow
☐ Return of Seized Property
☐ Right of Redemption
☐ Tenant Holding Over

**PUBLIC LAW**
☐ Attorney Grievance
☐ Bond Forfeiture Remission
☐ Civil Rights
☐ County/Mncpl Code/Ord
☐ Election Law
☐ Eminent Domain/Condemn.
☐ Environment
☐ Error Coram Nobis
☐ Habeas Corpus
☐ Mandamus
☐ Prisoner Rights
☐ Public Info. Act Records
☐ Quarantine/Isolation
☐ Writ of Certiorari

**EMPLOYMENT**
☐ ADA
☐ Conspiracy
☐ EEO/HR
☐ FLSA
☐ FMLA
☐ Worker's Compensation
☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
☐ Assupmtion of Jurisdiction
☐ Authorized Sale
☐ Attorney Appointment
☐ Body Attachment Issuance
☐ Commission Issuance

☐ Constructive Trust
☐ Contempt
☐ Deposition Notice
☐ Dist Ct Mtn Appeal
☐ Financial
☐ Grand Jury/Petit Jury
☐ Miscellaneous
☐ Perpetuate Testimony/Evidence
☐ Prod. of Documents Req.
☐ Receivership
☐ Sentence Transfer
☐ Set Aside Deed
☐ Special Adm. – Atty
☐ Subpoena Issue/Quash
☐ Trust Established
☐ Trustee Substitution/Removal
☐ Witness Appearance-Compel

**PEACE ORDER**
☐ Peace Order

**EQUITY**
☐ Declaratory Judgment
☐ Equitable Relief
☐ Injunctive Relief
☐ Mandamus

**OTHER**
☐ Accounting
☐ Friendly Suit
☐ Grantor in Possession
☐ Maryland Insurance Administration
☐ Miscellaneous
☐ Specific Transaction
☐ Structured Settlements

## IF NEW OR EXISTING CASE: RELIEF (Check All that Apply)

- ☐ Abatement
- ☐ Administrative Action
- ☐ Appointment of Receiver
- ☐ Arbitration
- ☐ Asset Determination
- ☐ Attachment b/f Judgment
- ☐ Cease & Desist Order
- ☐ Condemn Bldg
- ☐ Contempt
- ☒ Court Costs/Fees
- ☒ Damages-Compensatory
- ☐ Damages-Punitive

- ☐ Earnings Withholding
- ☐ Enrollment
- ☐ Expungement
- ☐ Financial Exploitation
- ☐ Findings of Fact
- ☐ Foreclosure
- ☐ Injunction
- ☐ Judgment-Affidavit
- ☐ Judgment-Attorney Fees
- ☐ Judgment-Confessed
- ☐ Judgment-Consent
- ☐ Judgment-Declaratory

- ☐ Judgment-Default
- ☐ Judgment-Interest
- ☐ Judgment-Summary
- ☒ Liability
- ☐ Oral Examination
- ☐ Order
- ☐ Ownership of Property
- ☐ Partition of Property
- ☐ Peace Order
- ☐ Possession
- ☐ Production of Records
- ☐ Quarantine/Isolation Order

- ☐ Reinstatement of Employment
- ☐ Return of Property
- ☐ Sale of Property
- ☐ Specific Performance
- ☐ Writ-Error Coram Nobis
- ☐ Writ-Execution
- ☐ Writ-Garnish Property
- ☐ Writ-Garnish Wages
- ☐ Writ-Habeas Corpus
- ☐ Writ-Mandamus
- ☐ Writ-Possession

*If you indicated Liability above,* mark one of the following. This information is <u>not</u> an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.      ☐ Liability is not conceded, but is not seriously in dispute.      ☐ Liability is seriously in dispute.

### MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs)

☐ Under $10,000      ☐ $10,000 - $30,000      ☒ $30,000 - $100,000      ☐ Over $100,000

☐ Medical Bills $ _____      ☐ Wage Loss $ _____      ☐ Property Damages $ _____

### ALTERNATIVE DISPUTE RESOLUTION INFORMATION

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)

| | | | | |
|---|---|---|---|---|
| A. Mediation | ☒ Yes ☐ No | | C. Settlement Conference | ☒ Yes ☐ No |
| B. Arbitration | ☐ Yes ☒ No | | D. Neutral Evaluation | ☐ Yes ☒ No |

### SPECIAL REQUIREMENTS

☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049**

### ESTIMATED LENGTH OF TRIAL

*With the exception of Baltimore County and Baltimore City, please fill in the estimated LENGTH OF TRIAL.*

*(Case will be tracked accordingly)*

- ☐ 1/2 day of trial or less
- ☐ 1 day of trial time
- ☐ 2 days of trial time
- ☒ 3 days of trial time
- ☐ More than 3 days of trial time

### BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM

*For all jurisdictions, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☐ **Expedited** - Trial within 7 months of Defendant's response      ☐ **Standard** - Trial within 18 months of Defendant's response

### EMERGENCY RELIEF REQUESTED

CC-DCM-002 (Rev. 10/2021)                                    Page 2 of 3

| COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR) | |
|---|---|
| *FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.* | |
| ☐ **Expedited** - Trial within 7 months of Defendant's response | ☐ **Standard** - Trial within 18 months of Defendant's response |

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

| CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE) | |
|---|---|
| ☐ Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ Civil-Short | Trial 210 days from first answer. |
| ☐ Civil-Standard | Trial 360 days from first answer. |
| ☐ Custom | Scheduling order entered by individual judge. |
| ☐ Asbestos | Special scheduling order. |
| ☐ Lead Paint | Fill in: Birth Date of youngest plaintiff_____. |
| ☐ Tax Sale Forclosures | Special scheduling order. |
| ☐ Mortgage Foreclosures | No scheduling order. |

| CIRCUIT COURT FOR BALTIMORE COUNTY | |
|---|---|
| ☐ Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☐ Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

7/5/22
Date

Schwartz and Schwartz 1140 S. State St.
Address

Dover        DE        19901
City         State     Zip Code

*Signature of Counsel / Party*        1606210249
                                       Attorney Number

Joseph D. Stanley, Attorney for the Plaintiff
Printed Name

CC-DCM-002 (Rev. 10/2021)        Page 3 of 3

# IN THE CIRCUIT COURT FOR CAROLINE COUNTY

| | |
|---|---|
| **TINAMARIE KEYES**<br>13200 Greensboro Road, Lot 11<br>Greensboro, MD 21639<br><br>*Plaintiff*<br><br>v.<br><br>**FAMILY DOLLAR STORES, INC.**<br>10301 Monroe Rd #5448<br>Matthews, NC 28105<br><br>**DOLLAR TREE STORES, INC.**<br>500 Volvo Pkwy<br>Chesapeake, VA 23320<br><br>**FAMILY DOLLAR STORES OF MARYLAND, LLC**<br>500 Volvo Pkwy<br>Chesapeake, VA 23320<br><br>*Defendants* | C-05-CV-22-000074<br>Case No. |

## COMPLAINT

**NOW COMES** the Plaintiff, Tinamarie Keyes (hereinafter Plaintiff), through her attorney, Joseph D. Stanley, sues the Defendants Family Dollar Stores, Inc., Dollar Tree Stores, Inc., and Family Dollar Stores of Maryland, LLC (hereinafter collectively known as "Defendants"), and in support states as follows:

### JURISDICTION AND VENUE

Jurisdiction is appropriate in Maryland pursuant to MD. CODE ANN. CTS. & JUD. PROC. § 6-103 *et seq.* because the transaction and occurrence happened in the State of Maryland. Venue is appropriate in Caroline County, Maryland pursuant to MD. CODE ANN. CTS. & JUD. PROC. § 6-

201 *et seq.* because the Defendant's alleged wrongful conduct occurred within Caroline County, Maryland.

## COUNT I
## NEGLIGENCE

1. That on or about July 25, 2019, Plaintiff was a business invitee to Defendants' place of business located at the Family Dollar Stores in 13199 Greensboro Road Greensboro, MD 21639 in Caroline County, Maryland.

2. Plaintiff was walking to the cooler section intending to pick up and purchase butter. Plaintiff picked up the butter and turned back to walk towards the aisle. As Plaintiff was walking towards the aisle, she fell on the wet floor.

3. Unbeknownst to the Plaintiff at that time, the cooler was leaking, causing water to be accumulated on the floor of the aisle.

4. Defendant owed a duty to Plaintiff and all others to properly maintain the floor in a safe condition to ensure that Plaintiff would not be caused to fall due to a hazard which was known and/or should have been known to Defendant.

5. Defendant breached said duty owed to Plaintiff by (a) failing to keep a safe and properly maintaining a dry floor free from slipping hazards; (b) failing to maintain floor in a safe condition; (c) failing to monitor and observe walkway areas from hazards (d) failing to maintain refrigeration and freezer apparatuses in such a manner to prevent hazardous leakage; (e) failing to place a "Caution Wet Floor Sign" to warn business invitees of potential hazards; (f) failing to clean up any hazards, including but not limited to leakage and water, to prevent business invitees from falling.

6. As the direct, natural, and proximate cause of the negligence of Defendants, Plaintiff was caused to sustain and suffer painful physical injuries to her body; was caused to

sustain and suffer severe shock and injury to her spine and knee; was caused to sustain and suffer severe mental anguish; and was, is and will be otherwise injured and damaged.

7. That as the further direct, natural and proximate cause of the negligence of Defendants, Plaintiff was caused to undergo extensive medical care and treatment of her injuries, and was caused to incur great expense for the requisite care and treatment of her injuries.

8. That as the further direct, natural and proximate cause of negligence of Defendant, Plaintiff sustained a significant loss of income.

9. That all of Plaintiff's injuries, past, present and prospective, are due to and by reason of the negligence of Defendant with no lack of due care and no negligence on the part of Plaintiff contributing thereto directly or indirectly.

**WHEREFORE,** Plaintiff demands judgment against Defendants in an amount to exceed one hundred thousand dollars ($100,000) in compensatory damages, and Plaintiff prays this Honorable Court to award judgment to her in said amount, together with costs of this action and such other and further relief as justice may require.

Respectfully Submitted,

By: /s/ Joseph D. Stanley
JOSEPH D. STANLEY
1140 South State Street
Dover, Delaware 19901
(302) 678-8700
CPF# 1606210249
*Attorney for Plaintiff*